**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 8 2025
*KHS*

**MITCHELL R. ELFERS
CLERK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. _____ 25-1765 KWR |
| | ) | |
| vs. | ) | Counts 1 & 2:  18 U.S.C. §§ 1153 and |
| | ) | 113(a)(6):  Assault Resulting in Serious |
| **SHAINA SHORTY,** | ) | Bodily Injury. |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about December 30, 2023, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **SHAINA SHORTY**, an Indian, assaulted Jane Doe 1, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

### Count 2

On or about December 30, 2023, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **SHAINA SHORTY**, an Indian, assaulted Jane Doe 2, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney